# United States Court of Appeals for the Federal Circuit

---

**RACHEL CREAGER IRELAND, RAEVENE ADAMS, DARCEAL TOBEY, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED INDIVIDUALS,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1163

---

Appeal from the United States District Court for the Western District of Texas in No. 1:21-cv-01049-LY, Judge Lee Yeakel.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 16, 2024
Date

Jarrett B. Perlow
Clerk of Court